**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| **JASON F. MCGEE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Action No.** |
| | ) | **1:09-CV-1338** |
| **v.** | ) | |
| | ) | |
| **THE HONORABLE CARLTON** | ) | |
| **L. KELL, in his individual** | ) | |
| **capacity,** | ) | |
| | ) | |
| **Defendant.** | ) | |

_____

**DEFENDANT THE HONORABLE CARLTON L. KELL'S
MOTION TO DISMISS BY SPECIAL APPEARANCE**

COMES NOW Defendant the Honorable Carlton L. Kell, by special appearance and without submitting to the jurisdiction of the Court, by and through the Attorney General of the State of Georgia, and respectfully files this Motion to Dismiss Plaintiff's Complaint.    Defendant shows that Plaintiff fails to state a claim upon which relief may be granted, this Court lacks jurisdiction over Plaintiff's claims pursuant to the doctrines of Rooker-Feldman and Younger v. Harris, the Plaintiff lacks standing as there is no active case or controversy, and Judge Kell is entitled to absolute judicial immunity.

1

In support of his Motion, Defendant respectfully submits his Brief in

Support, filed contemporaneously herewith.

Respectfully submitted this 15th day of June, 2009.

THURBERT E. BAKER           033887
Attorney General

KATHLEEN M. PACIOUS         558555
Deputy Attorney General

S/ Devon Orland _____
DEVON ORLAND                401250
Sr. Assistant Attorney General

/s/ Holly Loy Smith_____
Holly Loy Smith             036299
Assistant Attorney General

PLEASE ADDRESS ALL
COMMUNICATIONS TO:
HOLLY LOY SMITH
State of Georgia Department of Law
40 Capitol Square, S.W.
Atlanta, Georgia 30334-1300
Telephone:  (404) 656-8850
Facsimile:   (404) 651-5304
Email: hsmith@gmail.com

## <u>CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1</u>

The undersigned hereby certifies that the foregoing document has

been prepared in accordance with the font type and margin requirements of

Local Rule 5.1 of the Northern District of Georgia, using a font type of

Times New Roman and a point size of 14.


/s/ Holly Loy Smith_____
Holly Loy Smith                    036299
Assistant Attorney General


PLEASE ADDRESS ALL
COMMUNICATIONS TO:
HOLLY LOY SMITH
State of Georgia Department of Law
40 Capitol Square, S.W.
Atlanta, Georgia 30334-1300
Telephone:  (404) 656-8850
Facsimile:   (404) 651-5304
Email: hsmith@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that I have mailed by United State Postal Service the

foregoing **SPECIAL APPEARANCE MOTION TO DISMISS** to the

following non-CM/ECF *pro se* Plaintiff:

Jason F. McGee
290 Christopher Drive
Hiram, Georgia 30141

This 15th day of June, 2009.

/s/ Holly Loy Smith_____
Holly Loy Smith            036299
Assistant Attorney General

PLEASE ADDRESS ALL
COMMUNICATIONS TO:
HOLLY LOY SMITH
State of Georgia Department of Law
40 Capitol Square, S.W.
Atlanta, Georgia 30334-1300
Telephone:  (404) 656-8850
Facsimile:  (404) 651-5304
Email: hsmith@gmail.com