FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

AUG 05 2009

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JASON F. MCGEE,<br>PLAINTIFF,<br><br>v.<br><br>THE HONORABLE CARLTON L. KELL,<br>SUPERIOR COURT JUDGE,<br>COBB COUNTY GEORGIA, in his<br>Individual Capacity<br>DEFENDANT. | Case No. <u>1:09-CV-1338-TWT</u> |

## **PLAINTIFF'S 1st REQUEST FOR MANDATORY JUDICIAL NOTICE**

Pursuant to Rule 201 of the Federal Rules of Evidence, Plaintiff moves the Court to enter an **ORDER** for Judicial Notice.

1. Grounds for Judicial Notice: Rule 201 (b)(1)(2), Rule 201 (d) and Rule 201 (f) of the Federal Rules of Evidence.

2. Federal Rule of Evidence 201(b) provides that a court may take judicial notice of a fact "not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot be reasonably questioned."

3. Judicial notice of law, legislative facts, or factual matters is proper where there is no dispute as to the authenticity of those matters. See **Oneida Indian Nation of New York v. New York**, 691 F.2d 1070, 1086 (2nd Cir. 1982); see also

1

Case 1:09-cv-01338-TWT   Document 5   Filed 08/05/2009   Page 2 of 14

**Zimomra v. Alamo Rent-A-Car, Inc., 111 F.3d 1495, 1503 (10th Cir. 1997).**

4. A court may properly take notice of "matters of public record" pursuant to Federal Rule of Evidence Section 201, to the extent they are not subject to reasonable dispute. **Lee v. City of Los Angeles,** *250 F.3d 668, 689* **(9th Cir. 2001).**

5. This includes allegations made in pleadings and other documents filed in other lawsuits. See **Burbank-Glendale-Pasadena Airport Authority v. City of Burbank, 136 F. 3d 1360, 1364 (9th Cir. 1998)** (taking judicial notice of pleadings filed in state court action); **MGIC Indemnity Corp. v. Weisman, 803, F.2d 500, 504-05 (9th Cir. 1986)** (taking judicial notice of allegations made in motion to dismiss and supporting memorandum filed in different federal court action); **Kent v. DaimlerChrysler Corp., 200 F. Supp. 2d 1208, 1219 (N.D. Cal. 2002)** (taking judicial notice of legal memorandum filed in state court action).

6. The following Exhibits, which consist of true and complete copies of Pleadings filed in **THE SUPERIOR COURT OF COBB COUNTY GEORGIA:**

   A. **MOTION FOR RECUSAL OF THE HONORABLE JUDGE KELL** filed on February 12, 2008 in the Superior Court of Cobb County Georgia in **Civil Action File No: 06-1-10115-49**.

   **EXHIBIT I**

   B. **AFFIDAVIT IN SUPPORT OF MOTION FOR RECUSAL OF**

2

Case 1:09-cv-01338-TWT   Document 5   Filed 08/05/2009   Page 4 of 14

**THE HONORABLE JUDGE KELL** filed on February 12, 2008 in the Superior Court of Cobb County Georgia in **Civil Action File No: 06-1-10115-49**. **EXHIBIT J**

C. **MOTION FOR RECUSAL OF THE HONORABLE JUDGE KELL** filed on February 12, 2008 in the Superior Court of Cobb County Georgia in **Civil Action File No: 07-1-09310-49**. **EXHIBIT K**

D. **AFFIDAVIT IN SUPPORT OF MOTION FOR RECUSAL OF THE HONORABLE JUDGE KELL** filed on February 12, 2008 in the Superior Court of Cobb County Georgia in **Civil Action File No: 07-1-09310-49**. **EXHIBIT L**

7. The following Exhibits, which consist of true and complete copies of documents sent to Mr. McGee from the **JUDICIAL QUALIFICATIONS COMMISSION State of Georgia:**

E. **JUDICIAL QUALIFICATIONS COMMISSION COMPLAINT FORM** stamped received on February 14, 2008. **EXHIBIT M**

8. The following Exhibits, which consist of true and complete copies of Pleadings filed in **THE SUPERIOR COURT OF COBB COUNTY GEORGIA:**

F. **ORDER DENYING DEFENDANT'S MOTION FOR RECUSAL OF THE HONORABLE JUDGE KELL** filed on March 11, 2008 in

3

Case 1:09-cv-01338-TWT    Document 5    Filed 08/05/2009    Page 6 of 14

the Superior Court of Cobb County Georgia in **Civil Action File No: 06-1-10115-49**. **EXHIBIT N**

G. **ORDER DENYING DEFENDANT'S MOTION FOR RECUSAL OF THE HONORABLE JUDGE KELL** filed on March 11, 2008 in the Superior Court of Cobb County Georgia in **Civil Action File No: 07-1-09310-49**. **EXHIBIT O**

9. The following Exhibits, which consist of true and complete copies of documents sent to Mr. McGee from the **JUDICIAL QUALIFICATIONS COMMISSION State of Georgia:**

H. **LETTER TO MR. MCGEE FROM JUDICIAL QUALIFICATIONS COMMISSION** dated April 8, 2008. **EXHIBIT P**

10. The following Exhibits, which consist of true and complete copies of Pleadings filed in **THE SUPERIOR COURT OF COBB COUNTY GEORGIA:**

I. **SUA SPONTE MOTION CONCERNING RECUSAL** filed on May 6, 2009 in the Superior Court of Cobb County Georgia in **Civil Action File No: 09-3023-49**. **EXHIBIT Q**

J. **RESPONSE TO SUA SPONTE MOTION CONCERNING RECUSAL** filed on May 12, 2009 in the Superior Court of Cobb County Georgia in **Civil Action File No: 09-3023-49**. **EXHIBIT R**

4

Case 1:09-cv-01338-TWT   Document 5   Filed 08/05/2009   Page 8 of 14

Respectfully Submitted,

Dated: <u>August 5, 2009</u>

*[signature]*

Jason F. McGee, Pro Se
290 Christopher Drive
Hiram, GA  30141
678 662-3905 Cell
419 828-6421  Fax

5

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JASON F. MCGEE,
PLAINTIFF,

v.

THE HONORABLE CARLTON L. KELL,  Case No. 1:09-CV-1338-TWT
SUPERIOR COURT JUDGE,
COBB COUNTY GEORGIA, in his
Individual Capacity
DEFENDANT.

## VERIFICATION

Personally appeared before me the undersigned officer duly authorized to administer oaths, Jason F. McGee, who, after being duly sworn, states that the information contained in the foregoing Petition is true and correct to the best of his knowledge.

_____
Jason F. McGee

Sworn to and subscribed

before me this 5th day

of August 2009.

_____
Notary Public

SUSAN C VONNER
NOTARY PUBLIC
PAULDING COUNTY
STATE OF GEORGIA

My commission expires: My Commission Expires October 5, 2012

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JASON F. MCGEE,
PLAINTIFF,

v.

THE HONORABLE CARLTON L. KELL,        Case No. <u>1:09-CV-1338-TWT</u>
SUPERIOR COURT JUDGE,
COBB COUNTY GEORGIA, in his
Individual Capacity
DEFENDANT.

## **CERTIFICATE OF SERVICE**

This is to certify that I have, this day, served a true and correct copy of the within and forgoing "**PLAINTIFF'S 1st REQUEST FOR MANDATORY JUDICIAL NOTICE**" upon Defendants to this action by mailing a copy of same in the United States mail with proper postage attached thereon and addressed as follows:

HOLLY LOY SMITH
State of Georgia Department of Law
40 Capitol Square, S.W.
Atlanta, Georgia 30334-1300

_____
Jason F. McGee

Dated: <u>August 5, 2009</u>

6