FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

AUG 1 0 2009

JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JASON F. MCGEE,<br>PLAINTIFF,<br><br>v.<br><br>THE HONORABLE CARLTON L. KELL,<br>SUPERIOR COURT JUDGE,<br>COBB COUNTY GEORGIA, in his<br>Individual Capacity<br>DEFENDANT. | Case No. 1:09-CV-1338-TWT |

## PLAINTIFF'S 2nd REQUEST FOR MANDATORY JUDICIAL NOTICE

Pursuant to Rule 201 of the Federal Rules of Evidence, Plaintiff moves the Court to enter an **ORDER** for Judicial Notice.

1. Grounds for Judicial Notice: Rule 201 (b)(1)(2), Rule 201 (d) and Rule 201 (f) of the Federal Rules of Evidence.

2. Federal Rule of Evidence 201(b) provides that a court may take judicial notice of a fact "not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot be reasonably questioned."

3. Judicial notice of law, legislative facts, or factual matters is proper where there is no dispute as to the authenticity of those matters. See **Oneida Indian Nation of New York v. New York**, 691 F.2d 1070, 1086 (2nd Cir. 1982); see also

**Zimomra v. Alamo Rent-A-Car, Inc.**, 111 F.3d 1495, 1503 (10th Cir. 1997).

 4. A court may properly take notice of "matters of public record" pursuant to Federal Rule of Evidence Section 201, to the extent they are not subject to reasonable dispute. **Lee v. City of Los Angeles**, *250 F.3d 668, 689* (9th Cir. **2001).**

 5. This includes allegations made in pleadings and other documents filed in other lawsuits. See **Burbank-Glendale-Pasadena Airport Authority v. City of Burbank**, 136 F. 3d 1360, 1364 (9th Cir. 1998) (taking judicial notice of pleadings filed in state court action); **MGIC Indemnity Corp. v. Weisman**, 803, F.2d 500, 504-05 (9th Cir. 1986) (taking judicial notice of allegations made in motion to dismiss and supporting memorandum filed in different federal court action); **Kent v. DaimlerChrysler Corp.**, 200 F. Supp. 2d 1208, 1219 (N.D. Cal. 2002) (taking judicial notice of legal memorandum filed in state court action).

 6. Plaintiff, Jason F. McGee, moves this Honorable Court to take Judicial Notice of the following fact:

**UNITED STATES CONSTITUTION ARTICLE VI, CLAUSE 2, 3 (SUPREMACY CLAUSE)**

  2. This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and the judges in every state shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding.

3. The senators and representatives before-mentioned, and the members of the several state legislatures, and all executive and judicial officers, both of the United States and of the several states, shall be bound by oath or affirmation, to support this constitution; but no religious test shall ever be required as a qualification to any office or public trust under the United States.

7. The following Exhibits, which consist of true and complete copies of Information mailed to Mr. McGee from **THE UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT**:

    A. **DENIAL OF PETITION(S) FOR REHEARING AND PETITION(S) FOR REHEARING EN BANC**.  EXHIBIT S

8. The following Exhibits, which consist of true and complete copies of a United States Post Office Certified Mail Receipt:

    A. **CERTIFIED MAIL RECEIPT** addressed to Assistant Attorney General CRD 950 Pennsylvania Ave. N. W. Washington, DC  20530.

    **EXHIBIT T**

Respectfully Submitted,

Dated:  August 10, 2009

*[signature]*
Jason F. McGee, Pro Se
290 Christopher Drive
Hiram, GA  30141
678 662-3905  Cell
419 828-6421  Fax

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JASON F. MCGEE, <br> PLAINTIFF, <br><br> v. <br><br> THE HONORABLE CARLTON L. KELL, <br> SUPERIOR COURT JUDGE, <br> COBB COUNTY GEORGIA, in his <br> Individual Capacity <br> DEFENDANT. | Case No. 1:09-CV-1338-TWT |

## VERIFICATION

Personally appeared before me the undersigned officer duly authorized to administer oaths, Jason F. McGee, who, after being duly sworn, states that the information contained in the foregoing Petition is true and correct to the best of his knowledge.

_____
Jason F. McGee

Sworn to and subscribed

before me this 5th day

of August 2009.

_____
Notary Public

SUSAN C VONNER
NOTARY PUBLIC
PAULDING COUNTY
STATE OF GEORGIA
My commission expires: My Commission Expires October 5, 2012

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JASON F. MCGEE,<br>PLAINTIFF,<br><br>v.<br><br>THE HONORABLE CARLTON L. KELL,<br>SUPERIOR COURT JUDGE,<br>COBB COUNTY GEORGIA, in his<br>Individual Capacity<br>DEFENDANT. | Case No. <u>1:09-CV-1338-TWT</u> |

## CERTIFICATE OF SERVICE

This is to certify that I have, this day, served a true and correct copy of the within and forgoing "**PLAINTIFF'S 2nd REQUEST FOR MANDATORY JUDICIAL NOTICE**" upon Defendants to this action by mailing a copy of same in the United States mail with proper postage attached thereon and addressed as follows:

HOLLY LOY SMITH
State of Georgia Department of Law
40 Capitol Square, S.W.
Atlanta, Georgia 30334-1300

_____
Jason F. McGee

Dated: <u>August 10, 2009</u>