EXHIBIT S

Jason F. McGee
290 CHRISTOPHER DR
HIRAM  GA  30141-2253

August 05, 2009

**Appeal Number: 08-17063-EE**
Case Style: Jason F. McGee v. The Honorable Carlton L. Kell
District Court Number:  08-01433 CV-TWT-1

CC:   Jason F. McGee

CC:   Melvin Drukman

CC:   Administrative File

EXHIBIT S

**United States Court of Appeals**
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

August 05, 2009

MEMORANDUM TO COUNSEL OR PARTIES

**Appeal Number: 08-17063-EE**
Case Style: Jason F. McGee v. The Honorable Carlton L. Kell
District Court Number: 08-01433 CV-TWT-1

The enclosed order has been entered on petition(s) for rehearing.

See Rule 41, Federal Rules of Appellate Procedure, and Eleventh Circuit Rule 41-1 for information regarding issuance and stay of mandate.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Brenda Wiegmann/aw 404-335-6174

Encl.

EXHIBIT S

EXHIBIT S

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

---

No. 08-17063-EE

---

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

AUG 0 5 2009

THOMAS K. KAHN
CLERK

JASON F. MCGEE,

                          Plaintiff-Appellant,

versus

THE HONORABLE CARLTON L. KELL,
Superior Court Judge, Cobb County,
Georgia,

                          Defendant,

MELVIN DRUKMAN,

                          Defendant-Appellee.

---

On Appeal from the United States District Court for the
Northern District of Georgia

---

BEFORE: CARNES, WILSON and KRAVITCH, Circuit Judges.

ON PETITION(S) FOR REHEARING AND PETITION(S) FOR REHEARING EN BANC

PER CURIAM:

The Petition(s) for Rehearing are DENIED and no Judge in regular active service on the Court having requested that the Court be polled on rehearing en banc (Rule 35, Federal Rules of Appellate Procedure), the Petition(s) for Rehearing En Banc are DENIED.

ENTERED FOR THE COURT:

/s/ Phyllis Kravitch
UNITED STATES CIRCUIT JUDGE

                                                                                                           ORD-42
                                                                                                            (12/01)

EXHIBIT S