**CERTIFIED MAIL™ RECEIPT**

*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

## OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $5.75 |
| Certified Fee | | $2.80 |
| Return Receipt Fee (Endorsement Required) | | $2.30 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $10.85 |

HIRAM GA 30141
Postmark Here
AUG 8 2009
USPS
08/08/2009

Sent To
Assistant Attorney General, CRD
Street, Apt. No.; or PO Box No.
950 Pennsylvania Ave. N.W
City, State, ZIP+4
Washington DC 20530

PS Form 3800, August 2006          See Reverse for Instructions

7009 1410 0002 1082 5441

EXHIBIT T

EXHIBIT T