IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JASON F. MCGEE,

   Plaintiff,

     v.

THE HONORABLE CARLTON L.
KELL Superior Court Judge, Cobb
County Georgia, in his individual
capacity,

   Defendant.

CIVIL ACTION FILE
NO. 1:09-CV-1338-TWT

## ORDER

     This is a pro se civil rights action against a Cobb County Superior Court Judge. It is before the Court on the Plaintiff's Motion for Mandatory Judicial Notice [Doc. 5] which is DENIED.

     SO ORDERED, this 28 day of August, 2009.

                                /s/Thomas W. Thrash
                                THOMAS W. THRASH, JR.
                                United States District Judge