IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JASON F. MCGEE,

   Plaintiff,

      v.

THE HONORABLE CARLTON L. KELL Superior Court Judge, Cobb County Georgia, in his individual capacity,

   Defendant.

CIVIL ACTION FILE
NO. 1:09-CV-1338-TWT

## ORDER

This is a pro se prisoner civil rights action against a Cobb County Superior Court Judge. It is before the Court on the Defendant's Motion to Dismiss [Doc. 3]. This action is an impermissible collateral attack upon Judge Kell's decisions in the Plaintiff's divorce and child support proceedings. The Court lacks subject matter jurisdiction under the <u>Feldman-Rooker</u> doctrine. The Defendant's Motion to Dismiss is GRANTED. The Plaintiff's Motion for Mandatory Judicial Notice [Doc. 6] is DENIED.

SO ORDERED, this  3  day of September, 2009.

                                              s/Thomas W. Thrash
                                              THOMAS W. THRASH, JR.
                                              United States District Judge