IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JASON F. MCGEE,<br>PLAINTIFF, | |
| v. | |
| THE HONORABLE CARLTON L. KELL,<br>SUPERIOR COURT JUDGE,<br>COBB COUNTY GEORGIA, in his<br>Individual Capacity<br>DEFENDANT. | Case No. 1:09-CV-1338-TWT |

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta
SEP 16 2009
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

## PLAINTIFF'S 3rd REQUEST FOR MANDATORY JUDICIAL NOTICE

Pursuant to Rule 201 of the Federal Rules of Evidence, Plaintiff moves the Court to enter an **ORDER** for Judicial Notice.

1. Grounds for Judicial Notice: Rule 201 (b)(1)(2), Rule 201 (d) and Rule 201 (f) of the Federal Rules of Evidence.

2. Federal Rule of Evidence 201(b) provides that a court may take judicial notice of a fact "not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot be reasonably questioned."

3. Judicial notice of law, legislative facts, or factual matters is proper where there is no dispute as to the authenticity of those matters. See **Oneida Indian Nation of New York v. New York**, 691 F.2d 1070, 1086 (2nd Cir. 1982); see also

1

**Zimomra v. Alamo Rent-A-Car, Inc.**, 111 F.3d 1495, 1503 (10th Cir. 1997).

4. A court may properly take notice of "matters of public record" pursuant to Federal Rule of Evidence Section 201, to the extent they are not subject to reasonable dispute. **Lee v. City of Los Angeles**, *250 F.3d 668, 689* (9th Cir. 2001).

5. This includes allegations made in pleadings and other documents filed in other lawsuits. See **Burbank-Glendale-Pasadena Airport Authority v. City of Burbank**, 136 F. 3d 1360, 1364 (9th Cir. 1998) (taking judicial notice of pleadings filed in state court action); **MGIC Indemnity Corp. v. Weisman**, 803, F.2d 500, 504-05 (9th Cir. 1986) (taking judicial notice of allegations made in motion to dismiss and supporting memorandum filed in different federal court action); **Kent v. DaimlerChrysler Corp.**, 200 F. Supp. 2d 1208, 1219 (N.D. Cal. 2002) (taking judicial notice of legal memorandum filed in state court action).

6. Plaintiff, Jason F. McGee, moves this Honorable Court to take Judicial Notice of the following fact:

**TITLE 18, U.S.C., SECTION 242**

    Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, ... shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined

under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnaping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.

7. The following Exhibits, which consist of true and complete copies of Pleadings filed in the Superior Court of Cobb County Georgia:

    A. **RULE NISI** EXHIBIT U

    B. **FINAL ORDER ALLOWING RESPONDENT, DEBBIE D. MCGEE, TO RETAIN PRIMARY CUSTODY OF THE PARTIES' THREE MINOR CHILDREN**

    **AND**

    **FINAL ORDER HOLDING PETITIONER, JASON F. MCGEE, IN CONTEMPT OF COURT FOR FAILURE TO COMPLY WITH THE ORIGINAL FINAL DIVORCE DECREE** EXHIBIT V

    C. **FINAL ORDER REINSTATING CHILD SUPPORT** EXHIBIT W

    D. **MOTION FOR NEW TRIAL** EXHIBIT X

    E. **MOTION FOR NEW TRIAL** EXHIBIT Y

    F. **NOTICE OF APPEAL** EXHIBIT Z

    G. **LETTER FROM CIVIL RIGHTS DIVISION** EXHIBIT 1

    H. **CUSTODY Calendar Call** EXHIBIT 2

    I. **COMPLAINT Calendar Call** EXHIBIT 3

## J. <u>CONTEMPT Calendar Call</u>  EXHIBIT 4

Respectfully Submitted,

Dated: <u>September 16, 2009</u>

*[signature]*
Jason F. McGee, Pro Se
290 Christopher Drive
Hiram, GA  30141
678 662-3905 Cell
419 828-6421  Fax

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JASON F. MCGEE,<br>PLAINTIFF,<br><br>v.<br><br>THE HONORABLE CARLTON L. KELL,<br>SUPERIOR COURT JUDGE,<br>COBB COUNTY GEORGIA, in his<br>Individual Capacity<br>DEFENDANT. | Case No. <u>1:09-CV-1338-TWT</u> |

## **VERIFICATION**

    Personally appeared before me the undersigned officer duly authorized to administer oaths, Jason F. McGee, who, after being duly sworn, states that the information contained in the foregoing Petitions are true and correct to the best of his knowledge.

_____
Jason F. McGee

Sworn to and subscribed

before me this <u>8th</u> day

of <u>September 2009</u>.

_____
Notary Public

SUSAN C VONNER
NOTARY PUBLIC
PAULDING COUNTY
STATE OF GEORGIA
My Commission Expires October 5, 2012

My commission expires: _____

3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JASON F. MCGEE,<br>PLAINTIFF,<br><br>v.<br><br>THE HONORABLE CARLTON L. KELL,<br>SUPERIOR COURT JUDGE,<br>COBB COUNTY GEORGIA, in his<br>Individual Capacity<br>DEFENDANT. | Case No. 1:09-CV-1338-TWT |

## CERTIFICATE OF SERVICE

This is to certify that I have, this day, served a true and correct copy of the within and forgoing "**PLAINTIFF'S 3rd REQUEST FOR MANDATORY JUDICIAL NOTICE**" upon Defendants to this action by mailing a copy of same in the United States mail with proper postage attached thereon and addressed as follows:

HOLLY LOY SMITH
State of Georgia Department of Law
40 Capitol Square, S.W.
Atlanta, Georgia 30334-1300

_/s/ Jason F. McGee_
Jason F. McGee

Dated: September 16, 2009

5