FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

SEP 23 2009

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JASON F. MCGEE,
PLAINTIFF,

v.

THE HONORABLE CARLTON L. KELL,    |    Case No. <u>1:09-CV-1338-TWT</u>
SUPERIOR COURT JUDGE,
COBB COUNTY GEORGIA, in his
Individual Capacity
DEFENDANT.

## <u>PLAINTIFF'S 4th REQUEST FOR MANDATORY JUDICIAL NOTICE</u>

Pursuant to Rule 201 of the Federal Rules of Evidence, Plaintiff moves the

Court to enter an **ORDER** for Judicial Notice.

1. Grounds for Judicial Notice:  Rule 201 (b)(1)(2), Rule 201 (d) and Rule

201 (f) of the Federal Rules of Evidence.

2. Federal Rule of Evidence 201(b) provides that a court may take judicial

notice of a fact "not subject to reasonable dispute in that it is either (1) generally

known within the territorial jurisdiction of the trial court or (2) capable of accurate

and ready determination by resort to sources whose accuracy cannot be reasonably

questioned."

3. Judicial notice of law, legislative facts, or factual matters is proper where

there is no dispute as to the authenticity of those matters.  **See <u>Oneida Indian</u>**

**<u>Nation of New York v. New York</u>, 691 F.2d 1070, 1086 (2nd Cir. 1982); see also**

1

**Zimomra v. Alamo Rent-A-Car, Inc., 111 F.3d 1495, 1503 (10th Cir. 1997).**

4.  A court may properly take notice of "matters of public record" pursuant to Federal Rule of Evidence Section 201, to the extent they are not subject to reasonable dispute.  **Lee v. City of Los Angeles**, *250 F.3d 668, 689* **(9th Cir. 2001).**

5.  This includes allegations made in pleadings and other documents filed in other lawsuits.  See **Burbank-Glendale-Pasadena Airport Authority v. City of Burbank, 136 F. 3d 1360, 1364 (9th Cir. 1998)** (taking judicial notice of pleadings filed in state court action); **MGIC Indemnity Corp. v. Weisman, 803, F.2d 500, 504-05 (9th Cir. 1986)** (taking judicial notice of allegations made in motion to dismiss and supporting memorandum filed in different federal court action); **Kent v. DaimlerChrysler Corp., 200 F. Supp. 2d 1208, 1219 (N.D. Cal. 2002)** (taking judicial notice of legal memorandum filed in state court action).

6.  The following Exhibits, which consist of true and complete copies of Pleadings filed in the Superior Court of Cobb County Georgia:

    A.  **LETTER FROM COBB APPEALS CLERK  EXHIBIT 5**

    B.  **MEMORANDUM IN SUPPORT OF MOTION FOR NEW TRIAL DOCKETED ON JANUARY 4, 2007  EXHIBIT 6**

    C.  **FILE MEMO  EXHIBIT 7**

    D.  **RULE NISI  EXHIBIT 8**

E. **SHERIFF'S ENTRY OF SERVICE**  **EXHIBIT 9**

F. **ENVELOPE  INFORMATION FROM JUDGE KELL**  **EXHIBIT 10**

Respectfully Submitted,

Dated:  September 21, 2009

Jason F. McGee, Pro Se
290 Christopher Drive
Hiram, GA  30141
678 662-3905 Cell
419 828-6421  Fax

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JASON F. MCGEE,
PLAINTIFF,

       |

v.

       |

THE HONORABLE CARLTON L. KELL,  |  Case No. 1:09-CV-1338-TWT
SUPERIOR COURT JUDGE,
COBB COUNTY GEORGIA, in his
Individual Capacity
DEFENDANT.

       |

## **VERIFICATION**

Personally appeared before me the undersigned officer duly authorized to administer oaths, Jason F. McGee, who, after being duly sworn, states that the information contained in the foregoing Petitions are true and correct to the best of his knowledge.

_____
Jason F. McGee

Sworn to and subscribed

before me this 8th day

of September 2009.

_____
Notary Public

SUSAN C VONNER
NOTARY PUBLIC
PAULDING COUNTY
STATE OF GEORGIA
My Commission Expires October 5, 2012

My commission expires: _____

3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JASON F. MCGEE,
PLAINTIFF,

v.

THE HONORABLE CARLTON L. KELL,
SUPERIOR COURT JUDGE,
COBB COUNTY GEORGIA, in his
Individual Capacity
DEFENDANT.

Case No. 1:09-CV-1338-TWT

## CERTIFICATE OF SERVICE

This is to certify that I have, this day, served a true and correct copy of the

within and forgoing "**PLAINTIFF'S 4th REQUEST FOR MANDATORY**

**JUDICIAL NOTICE**" upon Defendants to this action by mailing a copy of same

in the United States mail with proper postage attached thereon and addressed as

follows:

HOLLY LOY SMITH
State of Georgia Department of Law
40 Capitol Square, S.W.
Atlanta, Georgia 30334-1300


Jason F. McGee

Dated:  September 23, 2009