IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

OCT 15 2009

JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

JASON F. MCGEE,
PLAINTIFF,

v.

THE HONORABLE CARLTON L. KELL,
SUPERIOR COURT JUDGE,
COBB COUNTY GEORGIA, in his
Individual Capacity
DEFENDANT.

Case No. 1:09-CV-1338-TWT

## PLAINTIFF'S 5th REQUEST FOR MANDATORY JUDICIAL NOTICE

Pursuant to Rule 201 of the Federal Rules of Evidence, Plaintiff moves the Court to enter an **ORDER** for Judicial Notice.

1. Grounds for Judicial Notice: Rule 201 (b)(1)(2), Rule 201 (d) and Rule 201 (f) of the Federal Rules of Evidence.

2. Federal Rule of Evidence 201(b) provides that a court may take judicial notice of a fact "not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot be reasonably questioned."

3. Judicial notice of law, legislative facts, or factual matters is proper where there is no dispute as to the authenticity of those matters. See **Oneida Indian Nation of New York v. New York**, 691 F.2d 1070, 1086 (2nd Cir. 1982); see also

1

Zimomra v. Alamo Rent-A-Car, Inc., 111 F.3d 1495, 1503 (10th Cir. 1997).

4. A court may properly take notice of "matters of public record" pursuant to Federal Rule of Evidence Section 201, to the extent they are not subject to reasonable dispute. Lee v. City of Los Angeles, *250 F.3d 668, 689* (9th Cir. 2001).

5. This includes allegations made in pleadings and other documents filed in other lawsuits. See Burbank-Glendale-Pasadena Airport Authority v. City of Burbank, 136 F. 3d 1360, 1364 (9th Cir. 1998) (taking judicial notice of pleadings filed in state court action); MGIC Indemnity Corp. v. Weisman, 803, F.2d 500, 504-05 (9th Cir. 1986) (taking judicial notice of allegations made in motion to dismiss and supporting memorandum filed in different federal court action); Kent v. DaimlerChrysler Corp., 200 F. Supp. 2d 1208, 1219 (N.D. Cal. 2002) (taking judicial notice of legal memorandum filed in state court action).

6. Plaintiff, Jason F. McGee, moves this Honorable Court to take Judicial Notice of the following facts:

    A. Rule 6.2 of the Uniform Rules of the Superior Court alleged in Paragraph 22 in Plaintiff's **COMPLAINT FOR DECLARATORY JUDGEMENT AND OTHER RELIEF AND AN INDEPENDENT ACTION IN EQUITY** filed on April 16, 2008 IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

GEORGIA ATLANTA DIVISION was not addressed by the Federal Courts.

B. Rule 6.2 of the Uniform Rules of the Superior Court alleged in Paragraph 22 in Plaintiff's **COMPLAINT FOR DECLARATORY JUDGEMENT AND OTHER RELIEF AND AN INDEPENDENT ACTION IN EQUITY** filed on April 16, 2008 IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION was not addressed by Judge Kell.

C. Rule 41 of the Uniform Rules of the Superior Court was not addressed by Judge Kell.

D. By failing to issue any **ORDER** regarding Rule 6.2 and Rule 41 of the Uniform Rules of the Superior Court, Judge Kell leaves no doubt that the only **ORDER**s he would sign would be favorable to Attorney Melvin Drukman.

E. By failing to issue any **ORDER**s regarding Rule 6.2 and Rule 41 of the Uniform Rules of the Superior Court, Judge Kell leaves no doubt that the only **ORDER**s he would sign would be favorable to Debbie McGee.

F. All 3 **ORDER DISMISSING ABOVE-STYLED MATTER WITHOUT PREJUDICE** favor Debbie McGee in the Superior Court of Cobb County Georgia.

G. All 3 **ORDER DISMISSING ABOVE-STYLED MATTER WITHOUT PREJUDICE** favor Attorney Melvin Drukman in the Superior Court of Cobb County Georgia.

H. Judge Kell's actions leave no doubt that this Court has federal question jurisdiction pursuant to the Section 1 of the 14th Amendment of the United States Constitution.

I. A Reasonable Person could conclude from the previous Rulings of the Federal Courts that the issue is not Subject Matter Jurisdiction but the refusal of the Courts to fairly apply the Laws of the State of Georgia.

J. A Reasonable Person could conclude from the previous Rulings of the Federal Courts that the issue is not Subject Matter Jurisdiction but the refusal of the Courts to fairly apply the Laws of the United States.

7. The following Exhibits, which consist of true and complete copies of Pleadings filed in the Superior Court of Cobb County Georgia:

A. **ORDER DISMISSING ABOVE-STYLED MATTER WITHOUT PREJUDICE  EXHIBIT 11**

B. **ORDER DISMISSING ABOVE-STYLED MATTER WITHOUT PREJUDICE  EXHIBIT 12**

C. **ORDER DISMISSING ABOVE-STYLED MATTER WITHOUT PREJUDICE  EXHIBIT 13**

Respectfully Submitted,

Dated: <u>October 15, 2009</u>

*/s/ Jason F. McGee*
Jason F. McGee, Pro Se
290 Christopher Drive
Hiram, GA  30141
678 662-3905 Cell
419 828-6421  Fax

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JASON F. MCGEE,<br>PLAINTIFF,<br><br>v.<br><br>THE HONORABLE CARLTON L. KELL,<br>SUPERIOR COURT JUDGE,<br>COBB COUNTY GEORGIA, in his<br>Individual Capacity<br>DEFENDANT. | Case No. 1:09-CV-1338-TWT |

**VERIFICATION**

Personally appeared before me the undersigned officer duly authorized to administer oaths, Jason F. McGee, who, after being duly sworn, states that the information contained in the foregoing Petitions are true and correct to the best of his knowledge.

_/s/ Jason F. McGee_
Jason F. McGee

Sworn to and subscribed

before me this 20th day

of September 2009.

_/s/ Susan C. Vonner_
Notary Public

SUSAN C VONNER
NOTARY PUBLIC
PAULDING COUNTY
STATE OF GEORGIA
My Commission Expires October 5, 2012

My commission expires: _____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JASON F. MCGEE,<br>PLAINTIFF,<br><br>v.<br><br>THE HONORABLE CARLTON L. KELL,<br>SUPERIOR COURT JUDGE,<br>COBB COUNTY GEORGIA, in his<br>Individual Capacity<br>DEFENDANT. | Case No. 1:09-CV-1338-TWT |

## CERTIFICATE OF SERVICE

This is to certify that I have, this day, served a true and correct copy of the within and forgoing "**PLAINTIFF'S 5th REQUEST FOR MANDATORY JUDICIAL NOTICE**" upon Defendants to this action by mailing a copy of same in the United States mail with proper postage attached thereon and addressed as follows:

HOLLY LOY SMITH
State of Georgia Department of Law
40 Capitol Square, S.W.
Atlanta, Georgia 30334-1300

_____
Jason F. McGee

Dated: October 15, 2009

6