EXHIBIT 11

*Filed In Office Oct-02-2009 15:53:59*
*ID# 2009-0156911-CV*
Page 1

IN THE SUPERIOR COURT OF COBB COUNTY
STATE OF GEORGIA

*Jay C. Stephenson*
Clerk of Superior Court Cobb County

Jason McGee,

Plaintiff,

v.

Debbie McGee,

Defendant.

CIVIL ACTION

FILE NO. 06-1-10115-49

## ORDER DISMISSING ABOVE-STYLED MATTER WITHOUT PREJUDICE

The above-styled matter, having been duly called during this Court's September 17, 2009 Peremptory Calendar, and no parties or their representatives having appeared to answer said call, this action is hereby dismissed without prejudice for want of prosecution pursuant to Uniform Superior Court Rule 20.

SO ORDERED, this 1st day of October, 2009.

C. LaTain Kell, Judge
Superior Court of Cobb County
Cobb Judicial Circuit

EXHIBIT 11

EXHIBIT 11

## IN THE SUPERIOR COURT OF COBB COUNTY
## STATE OF GEORGIA

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day served a copy of the within and foregoing order (Civil Action File No. 06-1-10115-49) upon all parties by sending a true and correct copy through the Cobb County Mail System addressed to the following:

Mr. Melvin Drukman, Esq.
Law Offices of Melvin Drukman, P.C.
3128 Clairmont Road, N.E.
Atlanta, GA 30329

Mr. Jason F. McGee
2152 Caneridge Dr. SW
Marietta, GA 30064-4362

Debbie D. McGee
5800 Allen Road
Mableton, GA 30064

This 2nd day of October, 2009.

Natalie C. Bloodworth
for C. LaTain Kell, Judge
Superior Court of Cobb County
Cobb Judicial Circuit

EXHIBIT 11

EXHIBIT 12

Filed In Office Oct-02-2009 15:54:57
ID# 2009-0156918-CV
Page 1

Jay C. Stephenson
Clerk of Superior Court Cobb County

IN THE SUPERIOR COURT OF COBB COUNTY
STATE OF GEORGIA

Jason McGee

Plaintiff,

v.

Melvin Drukman,
Debbie McGee
Defendant.

CIVIL ACTION

FILE NO. 07-1-10479-49

### ORDER DISMISSING ABOVE-STYLED MATTER WITHOUT PREJUDICE

The above-styled matter, having been duly called during this Court's September 17, 2009 Peremptory Calendar, and no parties or their representatives having appeared to answer said call, this action is hereby dismissed without prejudice for want of prosecution pursuant to Uniform Superior Court Rule 20.

SO ORDERED, this 1st day of October, 2009.

C. LaTain Kell, Judge
Superior Court of Cobb County
Cobb Judicial Circuit

EXHIBIT 12

# IN THE SUPERIOR COURT OF COBB COUNTY
## STATE OF GEORGIA

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day served a copy of the within and foregoing order (Civil Action File No. 07-1-10479-49) upon all parties by sending a true and correct copy through the Cobb County Mail System addressed to the following:

Melvin Drukman, Esq.
Law Offices of Melvin Drukman, P.C.
3128 Clairmont Road, N.E.
Atlanta, GA 30329

Mr. Jason F. McGee
2152 Caneridge Dr. SW
Marietta, GA 30064-4362

Debbie D. McGee
5800 Allen Road
Mableton, GA 30064

This 2nd day of October, 2009.

Natalie C. Bloodworth
for C. LaTain Kell, Judge
Superior Court of Cobb County
Cobb Judicial Circuit

*EXHIBIT 12*

EXHIBIT 13

Filed In Office Oct-02-2009 15:53:05
ID# 2009-0156907-CV
Page 1

Jay C. Stephenson
Clerk of Superior Court Cobb County

IN THE SUPERIOR COURT OF COBB COUNTY
STATE OF GEORGIA

Debbie McGee,

Plaintiff,

v.

Jason McGee,

Defendant.

CIVIL ACTION

FILE NO. 07-1-9310-49

## ORDER DISMISSING ABOVE-STYLED MATTER WITHOUT PREJUDICE

The above-styled matter, having been duly called during this Court's September 17, 2009 Peremptory Calendar, and no parties or their representatives having appeared to answer said call, this action is hereby dismissed without prejudice for want of prosecution pursuant to Uniform Superior Court Rule 20.

SO ORDERED, this 1st day of October, 2009.

C. LaTain Kell, Judge
Superior Court of Cobb County
Cobb Judicial Circuit

EXHIBIT 13

EXHIBIT 13

IN THE SUPERIOR COURT OF COBB COUNTY
STATE OF GEORGIA

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have this day served a copy of the within and foregoing order (Civil Action File No. 07-1-9310-49) upon all parties by sending a true and correct copy through the Cobb County Mail System addressed to the following:

Mr. Melvin Drukman, Esq.
Law Offices of Melvin Drukman, P.C.
3128 Clairmont Road, N.E.
Atlanta, GA 30329

Mr. Jason F. McGee
2152 Caneridge Dr. SW
Marietta, GA 30064-4362

This 2nd day of October, 2009.

Natalie C. Bloodworth
For C. LaTain Kell, Judge
Superior Court of Cobb County
Cobb Judicial Circuit

EXHIBIT 13