IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JASON F. MCGEE,<br><br>    Plaintiff,<br><br>    v.<br><br>THE HONORABLE CARLTON L. KELL Superior Court Judge, Cobb County Georgia, in his individual capacity,<br><br>    Defendant. | CIVIL ACTION FILE<br>NO. 1:09-CV-1338-TWT |

ORDER

    This is a pro se civil suit against a Cobb County Superior Court Judge. It was dismissed as an impermissible collateral attack upon the judge's decisions in the Plaintiff's divorce and child support proceedings. The Plaintiff's Motion for New Trial [Doc. 10], Third Motion for Mandatory Judicial Notice [Doc. 12] and Fourth Motion for Mandatory Judicial Notice [Doc. 13] are DENIED. The Plaintiff is placed on notice that future filings of frivolous motions will result in Rule 11 sanctions.

SO ORDERED, this 15 day of October, 2009.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge