IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

NOV 12 2009

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| JASON F. MCGEE, <br> PLAINTIFF, <br><br> v. <br><br> THE HONORABLE CARLTON L. KELL, <br> SUPERIOR COURT JUDGE, <br> COBB COUNTY GEORGIA, in his <br> Individual Capacity <br> DEFENDANT. | Case No. **1:09-CV-1338-TWT** |

## NOTICE OF APPEAL

Notice is hereby given that Petitioner hereby appeals the **ORDER** docketed on October 16, 2009.

Notice is hereby given that Jason F. McGee, Plaintiff in the above named case, hereby appeal to the United States Court of Appeals for the 11th Circuit an **ORDER** (October 16, 2009; Doc 15) denying the Plaintiff's **MOTION FOR NEW TRIAL** entered on the 16th day of October, 2009.

_/s/ Jason F. McGee_
Jason F. McGee, Pro Se
290 Christopher Drive
Hiram, GA 30141
678 662-3905 Cell
419 828-6421 Fax

Dated: November 12, 2009

1

# CERTIFICATE OF INTERESTED PERSONS

# AND CORPORATE DISCLOSURE STATEMENT

Jason McGee pursuant to Federal Rules of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1, hereby certify that the following entities and persons have an interest in the outcome of this appeal:

Attorney General Thurbert E. Baker

Honorable Judge Joan Bloom

Honorable Judge James G. Bodiford

Attorney Carin Burgess

Attorney Melvin Drukman

Deputy Attorney General Dennis R. Dunn

Honorable Judge Robert E. Flournoy, III

State Bar of Georgia

Honorable Judge Adele Grubbs

Chief Judge S. Lark Ingram

Honorable Judge George H. Kreeger

Debbie McGee

Honorable Judge Kenneth O. Nix

Senior Assistant Attorney General Stefan Ritter

Honorable Judge Dorothy Robinson

## CERTIFICATE OF INTERESTED PERSONS

## AND CORPORATE DISCLOSURE STATEMENT – cont

Honorable Judge J. Stephen Schuster

Honorable Judge Mary E. Staley

Respectfully Submitted,


*/s/ Jason F. McGee*
Jason F. McGee, Pro Se
290 Christopher Drive
Hiram, GA  30141
678 662-3905  Cell
419 828-6421  Fax

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JASON F. MCGEE,<br>PLAINTIFF,<br><br>v.<br><br>THE HONORABLE CARLTON L. KELL,<br>SUPERIOR COURT JUDGE,<br>COBB COUNTY GEORGIA, in his<br>Individual Capacity<br>DEFENDANT. | Case No. 1:09-CV-1338-TWT |

## CERTIFICATE OF SERVICE

This is to certify that I have, this day, served a true and correct copy of the within and forgoing "**NOTICE OF APPEAL**" upon Defendants to this action by mailing a copy of same in the United States mail with proper postage attached thereon and addressed as follows:

HOLLY LOY SMITH
State of Georgia Department of Law
40 Capitol Square, S.W.
Atlanta, Georgia 30334-1300

*Jason F. McGee*
Jason F. McGee

Dated: November 12, 2009