IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JASON F. MCGEE,<br><br>   Plaintiff,<br><br>   v.<br><br>THE HONORABLE CARLTON L. KELL Superior Court Judge, Cobb County Georgia, in his individual capacity,<br><br>   Defendant. | CIVIL ACTION FILE<br>NO. 1:09-CV-1338-TWT |

ORDER

This is a pro se civil rights action against a Cobb County Superior Court Judge arising out of the Plaintiff's child support proceedings. The case is closed. The Plaintiff's Motion for Mandatory Judicial Notice [Doc. 14] is DENIED.

SO ORDERED, this 18 day of November, 2009.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\09\McGee\09cv1338\notice.wpd